USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:
SVB Financial Group

        Reorganized Debtor.

_____

JOINT OFFICIAL LIQUIDATORS OF
SILICON VALLEY BANK (IN OFFICIAL
CAYMAN ISLANDS LIQUIDATION),

        Appellant,
    v.
SVB FINANCIAL GROUP,

        Appellee.

Case No. 1:25-cv-08572(MKV)
(Bankruptcy Appeal)

Bankruptcy Case: 23-0367(MG)
Adv. Case No. 24-4014(MG)

**PROPOSED ORDER TO EXTEND BRIEFING DEADLINES**

UPON CONSIDERATION of Appellant's emergency application for extension, and for good cause shown, which all parties agree is good cause, it is hereby:

ORDERED that the Appellant's application is granted; and it is further

ORDERED that the deadline for the Appellant's Reply Memorandum of Law is extended from May 11, 2026, to May 18, 2026.

SO ORDERED.

DATE: May 11 , 2026

_____
Hon. Mary Kay Vyskocil
United States District Judge